UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID RICH and
CHANDRA RICH,
    Plaintiffs,

vs.                                      Case No.: 3:22cv16937/TKW/ZCB

UNITED STATES OF AMERICA,
    Defendant.
_____/

## REPORT & RECOMMENDATION

Plaintiffs commenced this admiralty action on August 25, 2022. (Doc. 1). On June 9, 2023, the Court granted a Motion to Withdrawal as Counsel filed by Plaintiffs' prior attorney. (Doc. 22). The Court ordered Plaintiffs to either retain new counsel and have their new counsel make an appearance in the case or notify the Court of their intention to proceed *pro se* by July 26, 2023. (*Id.*). The Court specifically warned Plaintiffs that if they failed to advise the Court that they intend to proceed *pro se*, "the Court may conclude that Plaintiffs have abandoned this case and dismiss it under Fed. R. Civ. P. 41(b) and Local Rule 41.1." (*Id.* at 2). Nonetheless, Plaintiffs failed to comply with the Court's order—no new attorney has filed a notice of appearance and Plaintiffs have not advised the Court of their intention to proceed *pro se*.

1

On August 3, 2023, the Court ordered Plaintiffs to show cause, within ten days, why the case should not be dismissed for their failure to comply with an order of the Court and failure to prosecute. (Doc. 26). The time for compliance with the show cause order has expired, and Plaintiffs have not responded. Given Plaintiffs' failure to comply with the Court's orders despite being warned of the consequences for doing so, dismissal is warranted. *See* Fed. R. Civ. P. 41(b) (authorizing dismissal for failure to prosecute or failure to comply with a court order); N.D. Fla. Loc. R. 41.1 (authorizing dismissal if a "party fails to comply with . . . a court order"); *see also Equity Lifestyle Props., Inc. v. Florida Mowing & Landscaping Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009) ("The court may dismiss a claim if the plaintiff fails to prosecute it or comply with a court order.").

Accordingly, it is respectfully **RECOMMENDED** that:

1. This case be **DISMISSED without prejudice** for failure to comply with a Court order and failure to prosecute.

2. All pending motions be **DENIED as moot**.

3. The Clerk of Court be directed to enter judgment accordingly and close this case.

At Pensacola, Florida, this 17th day of August 2023.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**