UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DAVID RICH and CHANDRA
RICH,
     Plaintiffs,

vs.                                  Case No.: 3:22cv16937/TKW/ZCB

UNITED STATES OF AMERICA,
     Defendant.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 27). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to prosecute and failure to respond to court orders. Accordingly, it is **ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     This case is **DISMISSED without prejudice**.

3.     All pending motions are **DENIED as moot**.

4.     The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE and ORDERED** this 11th day of September, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**